UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      Case No.: 6:19-bk-02235-KSJ
                                                            Chapter 13
GEORGE A. RICARDO,

    Debtor.
_____/

## MOTION TO EXTEND OR REIMPOSE THE AUTOMATIC STAY

Debtor, George A Ricardo, by and through undersigned counsel, respectfully requests that this Court extend or reimpose the automatic stay pursuant to 11 U.S.C. §362(c)(3), and in support states as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on April 5, 2019.

2. On, June 5, 2018, Debtor filed Bankruptcy Case No. 6:18-bk-03333-KSJ ("Prior Case"), in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, under Chapter 13.  The Prior Case was subsequently dismissed on June 25, 2018 for failure to file information.

3. Debtor had no other pending bankruptcy cases dismissed in the preceding one-year period.

4. Debtor did not have any prior cases dismissed in the past year for any of the following reasons:

    a. failure to file or amended other required documents without substantial excuse;

    b. failure to provide adequate protection as ordered by the Court; or

    c. failure to perform the terms of a plan confirmed by the Court.

5. There has been a substantial change in the Debtor's circumstances since the dismissal of the Prior Case. The Debtor's business has successfully filed Chapter 11 Bankruptcy. There has also been a change in counsel.

WHEREFORE, the Debtor requests this Court grant this Motion to Extend or Reimpose the Automatic Stay as to all creditors, after notice and opportunity to be heard, and for all other proper relief.

/s/ L. Todd Budgen
L. Todd Budgen
Budgen Law
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
tbudgen@mybankruptcyfirm.com
Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend or Reimpose the Automatic Stay has been sent via U.S. Mail, First Class or CM/ECF on or before this 11 day of April , 2019 to all creditors on the attached mailing matrix.

/s/ L. Todd Budgen
L. Todd Budgen
Attorney for Debtors

George A. Ricardo
3113 Bellwind Circle
Rockledge, FL 32955-5156

1 SC Collections
1 Global Capital LLC
1250 E Hallandale Beach Blvd
Suite 605
Hallandale, FL 33009-4638

1 Global Capital LLC d/b/a
1st Global Capital, LLC
1250 E Hallandale Beach Blvd
Suite 406
Hallandale, FL 33009-4624

Advantage Funding
3 Dakota Drive
Suite 201
Lake Success, NY 11042-1167

Advantage Funding
3 Dakota Drive
Suite 201
Lake Sucess, NY 11042-1167

Advantage Funding Management
14402 Collections Center Dr
Chicago, IL 60693-0001

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

Ally Fincl
P.o. Box 380901
Bloomington, MN 55438-0901

Amerihome Mtg Co, Llc
21300 Victory Blvd
Woodland Hills, CA 91367-2525

Aqua Finance Inc
2600 Pine Ridge Blvd
Wausau, WI 54401-7800

Argus Capital Funding
104 E 25th Street
10th Floor
New York, NY 10010-8201

Avan Funding ComCap
P.O. Box 75422
Chicago, IL 60675-5422

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of America, N.a.
4909 Savarese Cir
Tampa, FL 33634-2413

Bank of America
Attn: Payment Processing
DE5-023-03-02
900 Samoset Drive
Newark, DE 19713-6002

Bank of America
P.O. Box 15710
Wilmington, DE 19850-5710

Bankamerica
4909 Savarese Circle
Tampa, FL 33634-2413

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

Brevard County Tax Collector
P.O. Box 2500
Titusville, FL 32781-2500

CBSG
141 N. 2nd Street
Philadelphia, PA 19106-2009

Cannon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054-1716

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

Capital One/mitsubishi
Po Box 30253
Salt Lake City, UT 84130-0253

Chase
P.O. Box 901037
Fort Worth, TX 76101-2037

Chase Auto
P.O. Box 901076
Fort Worth, TX 76101-2076

Chase Auto
P.o. Box 901003
Fort Worth, TX 76101-2003

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

| | | |
|---|---|---|
| Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citiflex/citibank Sd,n<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Courtney Jared Bannan<br>1250 East Hallandale Beach Blvd.<br>Suite 409<br>Hallandale, FL 33009-4624 |
| Darryl Smith<br>c/o Jospeh S. Gillin, Jr.<br>Gillin, Gillin & Lindbaek PA<br>222 N. Harbor City Blvd.<br>Melbourne, FL 32935-6762 | Dianne Whitney<br>c/o Morgan & Morgan, P.A.<br>940 S. Harbor City Blvd.<br>Melbourne, FL 32901-1909 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Executive Non-Emergency<br>Transportation, Inc.<br>3155 Suntree Blvd<br>Suite 102<br>Rockledge, FL 32955-5720 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fuelman<br>422 W 21 Street<br>Jacksonville, FL 32206 |
| Gatto's Tire and Service<br>15 W Hibiscus Blvd.<br>Melbourne, FL 32901-3017 | Howard S. Toland, Esq.<br>Mitrani, Rynor, Adamsky &<br>Toland, P.A.<br>1200 Weston Road, Penthouse<br>Fort Lauderdale, FL 33326-1987 | Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| I FundDaily LLC<br>215 RXR Plaza<br>Uniondale, NY 11556-3831 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| King Cash Group LLC<br>dba Cash Crunch<br>30 Broad Street<br>12th Floor<br>New York, NY 10004-2902 | Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Mercedes Benz Financia<br>P.o. Box 961<br>Roanoke, TX 76262-0961 |
| (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | Midnight Advance LLC<br>128 32nd Street<br>Brooklyn, NY 11232-1920 | Midnight Advance LLC<br>1459 E. 13th Street<br>Brooklyn, NY 11230-6603 |
| Mindnight Advance LLC<br>1459 E. 13th Street<br>Brooklyn, NY 11230-6603 | Office Depot/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Patricia R. Sponsler<br>1845 Rockledge Drive<br>Rockledge, FL 32955-4909 |
| Pearl Delta Funding LLC<br>80 State Street<br>Albany, NY 12207-2541 | Pearl Delta Funding, LLC<br>dba Pearl Capital<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | Seacoast National Bank<br>815 Colorado Avenue<br>Stuart, FL 34994-3060 |
| Seacoast National Bank<br>P.O. Box 9012<br>Stuart, FL 34995-9012 | Sears/cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Southeast Toyota Finance<br>P.O. Box 70832<br>Charlotte, NC 28272-0832 |

| | | |
|---|---|---|
| Southeast Toyota Finance<br>P.O. Box 991817<br>Mobile, AL 36691-8817 | Springleaf Financial S<br>600 Nw 2nd St<br>Evansville, IN 47708-1014 | Sterling National Bank f/k/a<br>Advantage Funding Commerical<br>Capital Corp.<br>21 Scarsdale Road<br>Tuckahoe, NY 10707-3204 |
| Sterling National Bank f/k/a<br>Advantage Funding Commerical<br>Capital Corp.<br>21 Scarsdale Road<br>Yonkers, NY 10707-3204 | Summer Lakes District Assoc<br>P.O. Box 411867<br>Melbourne, FL 32941-1867 | Susan M Meltzer<br>3113 Bellwind Circle<br>Rockledge, FL 32955-5156 |
| Susan Meltzer<br>3113 Bellwind Circle<br>Rockledge, FL 32955-5156 | Syncb/clockwrks Royal<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb/mega Group Usa I<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/score Rewards Dc<br>P.o. Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/syncb<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Village Capital/dovnem<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047-8945 | Wells Fargo<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 |
| Wells Fargo Financial<br>Cscl Dispute Team<br>Des Moines, IA 50306 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wf Bank Na<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| World Omni Financial<br>Po Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial Corp<br>P.O. Box 9249<br>Mobile, AL 36691-0249 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| L Todd Budgen +<br>Budgen Law Group<br>PO Box 520546<br>Longwood, FL 32752-0546 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Bb&t<br>P O Box 1847<br>Wilson, NC 27894 | Mercedes- Benz<br>P.O. Box 5209<br>Carol Stream, IL 60197-5209 |

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

End of Label Matrix
Mailable recipients    82
Bypassed recipients     0
Total                  82