UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

                                           Case No. 6:19-bk-02235-CCJ

GEORGE A. RICARDO,                           Chapter 13

            Debtor.

_____/

## MOTION BY DAIMLER TRUST FOR RELIEF FROM STAY

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

       Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the attached proof of service plus an additional three days for service if any party was served by U.S. Mail.

       If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100 Orlando, FL 32801, and serve a copy on the movant's attorney, Andrew W. Houchins, Post Office Box 3146, Orlando, FL 32802-3146, and any other appropriate persons within the time allowed.

       If you file and serve an objection within the time permitted, the Court will either schedule and notify you of a hearing, or consider the objection and grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       Daimler Trust ("Creditor"), by and through its undersigned attorney, moves the Court to grant it Relief from the Automatic Stay imposed by Section 362 of the Bankruptcy Code, or for Adequate Protection, and as grounds therefore would show:

       1.      The Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on April 05, 2019, and this Court has jurisdiction pursuant to 11 U.S.C. Sections 101 et seq. and 28 U.S.C. Section 157(a).  Laurie K. Weatherford is the Trustee in the Case.

2.    Creditor owns property subject to a Lease Agreement ("Contract").  A copy of the Contract is attached hereto as Exhibit A and incorporated herein by reference.

3.    Creditor has perfected its security interest in the property, and its interest is superior to all other liens and interests, as evidenced by the Title Certificate attached hereto as Exhibit B and incorporated herein by reference.

4.    The property which is the subject of this Motion and subject to Creditor's interest is described as: 2017 Mercedes-Benz S550C4, VIN WDDXJ8FB5HA030867.

5.    The termination liability on the lease is $64,083.42.  Creditor lacks adequate protection for its security interest in the property.

7.    Creditor is entitled to possession of the property by the terms of the Contract. **Debtor defaulted on the Contract by failing to pay the installment due on May 30, 2019 , or any installment thereafter.**  The normal monthly payment due on the Contract is $2,227.43.

8.    The leased property was returned on May 31, 2019.

9.    The time required for a hearing on this Motion is ten (10) minutes.

**WHEREFORE**, Creditor, Daimler Trust, respectfully requests this Court to enter an Order which modifies the Automatic Stay and permits Creditor to perfect its security interest in the property, accelerate the balance due under the Contract, take possession of, foreclose its interest in, and dispose of the property, furnish notices to Debtor regarding date of sale and

proceeds of sale, pursuant to the terms of the Contract and state law, or for Adequate Protection,

and for any and such other and further relief as this Court deems just and equitable.

DATED: June __6__, 2019.

                                               Andrew W. Houchins
                                               Florida Bar No. 59017
                                               Rush, Marshall, Jones and Kelly, P.A.
                                               P.O. Box 3146
                                               Orlando, Florida 32802
                                               Telephone (407) 425-5500
                                               Facsimile (407) 423-0554
                                               ahouchins@rushmarshall.com
                                               Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this __6__ day of June, 2019, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: George A. Ricardo, 3113 Bellwind Circle, Rockledge FL 32955, Debtor, L. Todd Budgen, P.O. Box 520546, Longwood, FL 32752-0546, Attorney for Debtor, Laurie K. Weatherford, PO Box 3450, Winter Park FL 32790, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

                                               RUSH, MARSHALL, JONES and KELLY, P.A.
                                               Attorneys for Creditor

SEND ALL NOTICES TO:                       By:_____

RUSH, MARSHALL, JONES and KELLY, P.A.      Andrew W. Houchins, for the firm
Attn:Andrew W. Houchins                     Florida Bar No. 59017
Post Office Box 3146                          Telephone 407-425-5500
Orlando, FL 32802-3146                    Facsimile 407-423-0554
                                               email: ahouchins@rushmarshall.com

5920.74002
Y8241 0710